IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CLARENCE EUGENE JONES,  No. 2:18-cv-00815-YY

        Plaintiff,  ORDER

    v.

M. ROJAS, et al.,

        Defendants.

HERNÁNDEZ, District Judge:

Magistrate Judge Youlee You issued a Findings and Recommendation on February 23, 2021, in which she recommends that the Court deny Plaintiff's motion to amend his complaint. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of

1 – ORDER

Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge You's Findings and Recommendation [181]. Accordingly, Plaintiff's Motion to Amend Complaint [152] is DENIED.

IT IS SO ORDERED.


DATED:   April 5, 2021   .


                                                  *Marco Hernandez*
                                                  MARCO A. HERNÁNDEZ
                                                  United States District Judge

2 – ORDER